Vicki L. Gutierrez
4110 DeBarr Road, G13
Anchorage, AK 99508
907-744-7698

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Vicki Gutierrez, )
)
)
Plaintiffs )
vs. )
)
)
)
Dena A. Coy, )
Defendant )
)

Case NO. 3AN- 18- 06346 CI

## Complaint for Libel/Defamation

This complaint is in reference to a Partially Non-Opposed Motion to Compel Licensing File and Reports of Harm I received from AAG Karen Hawkins in person on April 17th, 2018. I am filing said Complaint because the information in above mentioned motion stated by Dena A. Coy is untrue and damaging to my character. I am requesting Dena A. Coy to provide proof of their statement via video footage from said date regarding the incident mentioned in motion.

Dena A. Coy states that I became disruptive and aggressive during a supervised visit at their facility to an extent that necessitated staff involvement. This is incorrect. In fact one of their treatment clients interrupted a visit I was having with another client and a child when I nicely asked that person to please leave our visit and they would not. I then asked the person I was visiting with to please ask their peer to leave our visit and she did not; therefore, I got up and went and asked staff to please have this other person leave our

Date 04/19/2018
Page 1 of 2

Case 3:18-cv-00237-TMB   Document 1-2   Filed 10/09/18   Page 1 of 2

visit. This peer made inappropriate statements in front of my granddaughter. This same peer argued with staff three times before leaving our visit and then pointed at me and stated "I will see you later" which I took as a threat but I smiled and said okay and then went on with my visit with the person I was there to see. Before this peer disrupted my visit, my daughter was sitting at the puzzle table and this same peer walked up to her, threw her hand out in a rude manner and said "So who's this one?" All of this can be seen on video footage from Dena A. Coy. On this same day I am speaking about, I brought my daughter, Olivia C. Gutierrez, as a witness because of comments made at a prior visit by the same peer mentioned about as well as other peer members.

I have never had a supervised visit at Dena A. Coy and have never had any staff come to talk with me because of my behavior. I have a perfect licensing record with OCS as a Foster Parent and Dena A Coy is not telling the truth. I am requesting that this untrue and damaging statement be removed from my record along with a formal apology, as well as pay for the time I have had to take off work to deal with this and the heartache and hurt this has caused me. It is a terrible thing when a treatment center and their staff are dishonest.

**RECEIVED**
APR 2 5 2018
Southcentral Foundation
Corp Quality Assurance

_Vicki Gutierrez_
Vicki Gutierrez

SUBSCRIBED AND SWORN to or affirmed before me on April 19, 2018, at Anchorage, Alaska.


OFFICIAL SEAL
NOTARY PUBLIC
State of Alaska
JACQUELIN S. CONLEY
My Commission Expires April 5, 2020

NOTARY PUBLIC FOR ALASKA
My Commission Expires April 5, 2020

Date 04/19/2018
Page 2 of 2